# PD-0627-15

NO. _____

| | | |
|---|---|---|
| Melquiades Hernandez | § | In the Texas Court of |
| vs. | § | Criminal Appeals |
| The State of Texas | § | at Austin, Texas |

On Appeal from the Fifth Court of Appeals
in Cause No. 05-14-00495-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

**Appellant's Motion to Extend the
Time for Filing a Petition for Discretionary Review**

FILED IN
COURT OF CRIMINAL APPEALS

MAY 27 2015

Abel Acosta, Clerk

**To the Honorable Judges of said Court:**

Comes now Appellant, and respectfully requests that the time for filing a Petition for Discretionary Review in the above-styled and numbered cause be extended. In support of this motion Appellant would show:

1. On April 27, 2015, Appellant's conviction was affirmed by the Fifth Court of Appeals in Cause No. 05-14-00495-CR styled Melquiades Hernandez v. The State of Texas.

2. The present deadline for filing a Petition for Discretionary Review is May 27, 2015. Appellant respectfully requests an extension of time until July 27, 2015.

1

3. No previous extension of time has been granted.

4. Appellant would show the Court that a reasonable explanation exists for the requested extension. Appellant is currently incarcerated in the Texas Department of Criminal Justice and has limited legal knowledge. Appellant must go to the unit law library to research and draft the issues.

Wherefore, premises considered, Appellant respectfully requests that the time for filing a Petition for Discretionary Review be extended to July 27, 2015.

Respectfully submitted,

*Melquiades Hernandez*

Melquiades Hernandez, Appellant # 01924943
McConnell Unit
3001 S. Emily Drive
Beeville, TX 78102-8696

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on the Dallas County District Attorney's Office, Appellate Division, 133 N. Riverfront Blvd., LB 19, Dallas, Texas, 75207, by depositing same in the United States Mail, Postage Prepaid on *MAY 26,* , 2015.

*Melquiades Hernandez*
Melquiades Hernandez, Appellant

2